UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------x

JOSEPH SCOTT DAGLIANO,

                Plaintiff,                        ORDER

        -against-                       07-CV-2199 (JBW)

ELI LILLY & COMPANY,

                Defendant,

----------------------------------------------------x

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION

----------------------------------------------------x

                                                                   04-MD-1596 (JBW)

THIS DOCUMENT RELATES TO:

ALL ACTIONS

----------------------------------------------------x

Jack B. Weinstein, Senior United States District Judge:

        The court has received Plaintiff's letter dated October 12, 2007, making what the court understands to be a Motion for Initial Disclosure under Federal Rule of Civil Procedure 26(a)(1). Defendant is exempt from Rule 26(a)(1) requirements under Rule 26(a)(1)(E) ("The following categories of proceedings are exempt from initial disclosures under Rule 26(a)(1) ... (iv) an action brought without counsel by a person in custody of the United States, a state, or a state subdivision"). Plaintiff's motion is denied. *the matter is respectfully referred to PSC II for whatever assistance it can give*

SO ORDERED.

_____
Jack B. Weinstein

Dated: October 22, 2007
       Brooklyn, New York